UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEKSEI ZOLOTUKHIN,

                        Plaintiff,

        - against -

ELATE MOVING NETWORK LLC,

                        Defendant.

23-cv-9197 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **November 15, 2023,** the plaintiff should provide the following information: (a) the plaintiff's estimate of the reasonable possible recovery sought in the lawsuit, and (b) the necessary information to calculate the "lodestar cross-check," namely the time sheets for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

SO ORDERED.

Dated:    New York, New York
            November 8, 2023

                              John G. Koeltl
                      United States District Judge